CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>J. POWERS INC., a California Corporation, dba SIGH. CHAMPAGNE & SPARKLING<br><br>           Defendants. | **Case:** 4:22-cv-00779-JST<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

   **PLEASE TAKE NOTICE** that Plaintiff Andres Gomez, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

   Defendants J. Powers Inc., a California Corporation, dba Sigh. Champagne & Sparkling has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: June 15, 2022          CENTER FOR DISABILITY ACCESS


                    By: /s/ Amanda Seabock
                         Amanda Seabock
                       Attorneys for Plaintiff

1